Tam Med. Supply Corp. v American Ind. Ins. Co. (2022 NY Slip Op 50561(U))

[*1]

Tam Med. Supply Corp. v American Ind. Ins. Co.

2022 NY Slip Op 50561(U)

Decided on June 3, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through July 8, 2022; it will not be published in the printed Official Reports.

Decided on June 3, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E. GOLIA, JJ

2019-1467 K C

Tam Medical Supply Corp., as Assignee of Destin, Woldine, Respondent, 
against
American Independent Ins. Co., Appellant, Omni Indemnity Company, American Independent Insurance Companies, Inc., and Good2Go Auto Insurance, Defendants. 

Opinion withdrawn from online only publication under 2022 NY Slip Op 50561(U) by 
the State Reporter. This opinion will be published at
2022 NY 
Slip Op 50560(U).